

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Hee Soung Oh, DEFENDANT(S). | CASE NUMBER MJ 22-4682 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Friday 12/2__, __2022__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/30/2022__

_____
U.S. District Judge/Magistrate Judge